# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Larry Austin
                        Plaintiff,

v.                                              Case No.: 1:12−cv−09824
                                                    Honorable Sara L. Ellis

Daryl K. Howell, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 22, 2025:

      MINUTE entry before the Executive Committee: TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT: It appearing that the above−captioned case requires further judicial action, I therefore recommend to the Executive Committee that this case be reassigned by lot to an active judge. IOP13(J) [X] This cause having last been assigned to the calendar of Honorable Judge Milton I. Shadur who is no longer sitting; it is recommended that it be reassigned to the calendar of an active judge of this court as it appears to require further judicial action. Mailed notice (ph, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.