UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Larry Austin                      }

                           }

                           }

    v                   }

                           }     Case No.  12 cv 9824

                           }

Fay E. Flemister, et al.    }

                           }


**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT**

       It appearing that the above-captioned case requires further judicial action, I therefore recommend to the Executive Committee that this case be reassigned by lot to an active judge.  The reasons for my recommendation are indicated on the reverse of this form.

               **THOMAS G. BRUTON, CLERK**


               /s/ Lorenzo Walker
               Deputy Clerk

Dated:   January 22, 2025


**ORDER OF THE EXECUTIVE COMMITTEE**

       **IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case by lot to an active judge of the Court in accordance with the Rules.


               **ENTER:**

               **FOR THE EXECUTIVE COMMITTEE**

               Chief Judge Virgina M. Kendall

Dated:  1/22/2025

IOP13(b)   []   This cause is currently pending on the Fugitive Calendar having previously been assigned to the calendar of Judge ; it is recommended that it be reassigned back to Honorable Judge as it appears to require further judicial action.

LR40.5   []   Pursuant to the provisions of LR 40.5, this cause is to be reassigned by  lot having been reversed and remanded pursuant to a mandate issued by the U.S. Court of Appeals, 7th Circuit.

IOP13(J)   [X]   This cause having last been assigned to the calendar of Honorable Judge Milton I. Shadur who is no longer sitting; it is recommended that it be reassigned to the calendar of an active judge of this court as it appears to require further judicial action.