**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LARRY AUSTIN (K84636), ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 12 C 9824 |
| v. ) | |
| ) | Judge Sara L. Ellis |
| FAY E. FLEMISTER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On December 12, 2012, the court granted Plaintiff's application to proceed *in forma pauperis* in this case. Docs. 5, 7. The court assessed an initial partial payment of $8.73 and ordered Plaintiff's trust fund officer to collect that amount and forward it to the Clerk of Court. The court also ordered that monthly payments collected from the trust fund account be forwarded to the Clerk each time the amount in the account exceeded $10 until the full $350 filing fee was paid. This Court has no record of any amount being paid towards the $350 dollar fee. Plaintiff recently filed an *in forma pauperis* application in an unrelated habeas corpus case in this District, *Austin v. Barwick*, No. 24 C 13155. That *in forma pauperis* application shows that Plaintiff had $1,895.74 in his trust fund account on December 18, 2024. No. 24 C 13155, Doc. 7. The Court therefore once again assesses an initial partial payment of $8.73 and orders the Pinckneyville Correctional Center trust fund officer to collect that amount and forward it to the Clerk of Court. The trust fund officer shall also collect monthly payments from Plaintiff's trust fund account to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. The Clerk shall send a copy of the initial collection order and memorandum, Docs. 5, 7, along with a copy of this order to Plaintiff and the trust fund officer at the Pinckneyville Correctional Center. This case remains closed.

Date: March 31, 2025                                                   /s/ Sara L. Ellis